ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ERICK GUZMAN TOLENTINO,<br>BRANDI EMERSON,<br>LYLE COOPER,<br>JUAN MUNOZ-GUZMAN,<br>ELMER MONTIEL-ROMERO,<br>BRIAN SEDGWICK,<br>LEON JAMES WHITELEY,<br><br>                    Defendants. | CASE NOS.  2:25-MJ-151-SCR<br>                       2:25-MJ-152-SCR<br>                       2:25-MJ-153-SCR<br>                       2:25-MJ-154-SCR<br>                       2:25-MJ-155-SCR<br>                       2:25-MJ-157-SCR<br>                       2:25-MJ-158-SCR<br><br>[PROPOSED] ORDER TO FILE REDACTED<br>COPY OF COMPLAINTS |

The government's motion to unseal the above-referenced cases and file a redacted copy of the sealed complaints and affidavits is GRANTED.

Dated:  October 21, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO FILE REDACTED COPY OF COMPLAINT