The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>BRIAN SEDGWICK | Case Number: 2:25-cr-00247-DJC-10<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE (FRCP 43)** |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, Brian Sedgwick hereby waives the right to be present in person in open court upon the hearing of any motion or proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver, agrees that the defendant's interests will be deemed represented at all times the presence of defendant's attorney the same as if defendant were personally present, and further

agrees to be present in court ready for trial any day and hour the Court may fix in the defendant's absence.

Defendant further acknowledges being informed of his rights under 18 USC 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and delays under that Act without defendant's personal presence.

Dated: 10/1/26

/s/*Brain Sedgwick*
Brian Sedgwick, Defendant

I agree with and consent to my client's waiver of appearance.

Dated: 10/1/26

/s/ Olaf W. Hedberg
Olaf W. Hedberg
Attorney for Defendant

IT IS SO ORDERED

Dated: October 1, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE